**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DONNA W. REISELT,**                                                 **PLAINTIFF**

**V.**                                                       **NO. 1:04CV118-EMB**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**                  **DEFENDANT**

## FINAL JUDGMENT

The parties in this case having consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is, therefore,

**ORDERED** that consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying Plaintiff Donna W. Reiselt's claim for disability insurance benefits under Title II and Supplemental Security Income benefits under Title XVI, is hereby **AFFIRMED**; and plaintiff's Complaint is **DISMISSED** with prejudice.

**THIS** 20th day of March, 2006.

                                                                 **/s/ Eugene M. Bogen**
                                                                  **U. S. MAGISTRATE JUDGE**